Russell Facente, Esq.
P.O. Box 50157
Phoenix, Arizona 85076
State Bar 038673
Email: Russell.Facente@Protonmail.com
Telephone: (510) 393-5169

Pacific Legal Foundation
Anastasia P. Boden
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Cal. Bar No. 281911*
ABoden@pacificlegal.org
Telephone: (916) 419-7111
Christopher D. Barnewolt
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
D.C. Bar No. 90020413*
CBarnewolt@pacificlegal.org
Telephone: (202) 888-6881

*Pro Hac Vice*

*Attorneys for Plaintiffs Austin Davis,
Jane Parker, and Ron Tapscott*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Davis; Jane Parker; and Ron Tapscott,<br><br>Plaintiffs,<br><br>v.<br><br>City of Tempe, Arizona; and Rosa Inchausti, in her official capacity as City Manager,<br><br>Defendants. | No. CV-25-01200-PHX-DJH<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

The City of Tempe recently amended the Special Events ordinance challenged in this case. Given that there are local attempts to repeal the new ordinance, and for the purposes of allowing Plaintiffs time to evaluate the new ordinance and giving the City time to implement it, Plaintiffs Austin Davis, Jane Parker, and Ron Tapscott file this stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii). All parties to this action consent to dismissal. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court. Fed. R. Civ. Proc. 41(a)(1)(A)–(B).

With respect to Plaintiffs' claims in this matter, each party shall pay their own fees and costs.

DATED: August 22, 2025.

s/ *Russell Facente*
Russell Facente, Esq.
P.O. Box 50157
Phoenix, Arizona 85076
State Bar 038673
Email: Russell.Facente@Protonmail.com
Telephone: (510) 393-5169
Pacific Legal Foundation

s/ *Anastasia P. Boden*
Anastasia P. Boden
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Cal. Bar No. 281911*
ABoden@pacificlegal.org
Telephone: (916) 419-7111

s/ *Christopher D. Barnewolt*
Christopher D. Barnewolt
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
D.C. Bar No. 90020413*
CBarnewolt@pacificlegal.org
Telephone: (202) 888-6881

*Attorneys for Plaintiffs*

*Pro Hac Vice

s/ *Sarah R. Anchors*
SARAH R. ANCHORS #025344
ERIC C. ANDERSON #016114
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
Sarah_Anchors@tempe.gov

*Attorneys for Defendants*

* Assented to via email August 21, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                s/ *Anastasia P. Boden*
                                                Anastasia P. Boden